IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **David M. Johnson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 17-cv-4248 |
| v. | ) | |
| | ) | Judge Ronald A. Guzmán |
| **Steven Mnuchin, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Plaintiff's renewed application for leave to proceed *in forma pauperis* [22] is denied. If Plaintiff wishes to proceed with this case, he must pay the filing fee.

## STATEMENT

In support of his petition to proceed *in forma pauperis*, Plainitff states under penalty of perjury that he has received $15,000 in aid during the last year (from his mother). He lists no other expenses or sources of income. But the support from his mother alone places him above the federal poverty level for individuals,[1] and the Court therefore declines to find that he qualifies for pauper status under 28 U.S.C. § 1915. *See Hernandez v. Dart*, 635 F.Supp.2d 798, 805 (N.D. Ill. 2009) (noting that district courts use the Federal Poverty Guidelines as a benchmark for pauper status); *Ocwen Loan Servicing, LLC v. Ghiselin*, No. 16-cv-1141, 2016 U.S. Dist. LEXIS 96409, at *2 (C.D. Ill. July 22, 2016) ("The privilege to proceed without [paying] costs and fees is reserved to the many truly impoverished litigants who, within a district

---

[1] *See* https://aspe.hhs.gov/poverty-guidelines (listing $12,060.00 in annual income as the level for individuals). It appears that Plaintiff has a dependent "HDJ," but Plaintiff does not suggest that he supports HDJ. To the contrary, Plaintiff attests that he has been delinquent on child support payments since 2013. The Court therefore declines to consider Plaintiff and HDJ as a "household of two" under the Federal Poverty Guidelines.

court's discretion, would remain without legal remedy if such privilege were not afforded to them.") (quoting *Brewster v. North Am. Van Lines, Inc.*, 461 F.2d 649, 651 (7th Cir. 1972). Plaintiff must therefore pay the filing fee if he wishes to proceed with this case.

**SO ORDERED.**                                         **ENTERED:  August 3, 2017**

_____
**HON. RONALD A. GUZMÁN**
**United States District Judge**